No. 85–954. JAPAN WHALING ASSN. ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL.; and

No. 85–955. BALDRIGE, SECRETARY OF COMMERCE, ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL. C. A. D. C. Cir. Motion of respondents to expedite consideration of the petitions for writs of certiorari granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Cases are scheduled for oral argument this Term. Reported below: 247 U. S. App. D. C. 309, 768 F. 2d 426.

No. 84–951. GULF COAST CABLE TELEVISION CO. *v.* AFFILIATED CAPITAL CORP. C. A. 5th Cir. Certiorari denied.